UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| HEATH VINCENT FULKERSON, | Case No. 3:19-cv-00722-MMD-CLB |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| PUBLIC UTILITIES COMMISSION OF NEVADA, | |
| Defendant. | |

*Pro se* Plaintiff Heath Vincent Fulkerson ("Fulkerson") brings this civil rights action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R") of Magistrate Judge Carla L. Baldwin, concerning Fulkerson's application to proceed *in forma pauperis* ("IFP Application") (ECF No. 1) and *pro se* complaint ("Complaint") (ECF No. 1-1). (ECF No. 3.) Any objection to the R&R was due by April 6, 2020, but none has been filed. The Court will accept the R&R in full.

This Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Where a party fails to object to a magistrate's recommendation, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original); Fed. R. Civ. P. 72, Advisory Committee Notes (1983) (providing that the court "need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation").

///

| | |
|---|---|
|1| The Court finds it unnecessary to engage in de novo review to determine whether |
|2| to adopt Judge Baldwin's R&R and is satisfied that there is no clear error. Here, Judge |
|3| Baldwin recommends granting the IFP Application due to Fulkerson's inability to pay the |
|4| filing fee and that the Court dismiss this action with prejudice because the allegations in |
|5| the Complaint are incomprehensible and deficient of the pleading standard set forth by |
|6| Federal Rule of Civil Procedure 8(a)(2). (ECF No. 3 at 2, 3–4.) Further, the allegations are |
|7| duplicative of those in another case—Case No. 3:20-cv-0007-RCJ-WGC—that is further |
|8| along. (*Id.* at 4.) Having reviewed the Complaint, the Court agrees with Judge Baldwin and |
|9| will accept and adopt the R&R in full. |
|10| It is therefore ordered, adjudged and decreed that the Report and Recommendation |
|11| of Magistrate Judge Carla L. Baldwin (ECF No. 3) is accepted and adopted in its entirety. |
|12| It is further order that the IFP Application (ECF No. 1) is granted. |
|13| It is further ordered that the Clerk of the Court file the Complaint (ECF No. 1-1). |
|14| It is further ordered that the Complaint is dismissed with prejudice and without leave |
|15| to amend for the reasons stated herein. |
|16| It is further ordered that the Clerk enter judgment accordingly and close this case. |
|17| DATED THIS 7th day of April 2020. |

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE